**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-7379**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

MARK CHRISTOPHER POE,

                                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CR-93-144, CA-97-933-2)

———————————

Submitted:  December 14, 2000        Decided:  December 22, 2000

———————————

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Mark Christopher Poe, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark Christopher Poe seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Poe</u>, Nos. CR-93-144; CA-97-933-2 (E.D. Va. Sept. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>